**NATIVE WHOLESALE, INC., Appellant,**

v.

**Linda BASKA and Division of Employment Security, Respondents.**

Nos. WD 73129, WD 73130, WD 73131, WD 73132.

Missouri Court of Appeals, Western District.

Aug. 23, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 2011.

Application for Transfer Denied Dec. 6, 2011.

Stephen D. Kort, Overland Park, KS, for appellant.

Linda Baska, Lenexa, KS, Respondent Acting pro se.

Robert A. Bedell, Jefferson City, MO, for Respondent, State of Missouri.

Before JAMES EDWARD WELSH, P.J., JAMES M. SMART, JR., and JOSEPH M. ELLIS, JJ.

### ORDER

PER CURIAM:

Native Wholesale, Inc., ("Native") appeals the Labor and Industrial Relations Commission's decisions that (1) Native is an employer subject to Missouri's employment security law and that (2) the two assessments that the Division of Employment Security issued against Native for

contributions, interest, and penalties were proper. We affirm. Rule 84.16(b).